UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MAYA TRADING ESTABLISHMENT,<br><br>Petitioner,<br><br>v.<br><br>GLOBAL EXPORT MARKETING CO., LTD.,<br><br>Respondent. | Case No.  16cv2140<br><br>**NOTICE OF PETITION FOR AN ORDER CONFIRMING AN ARBITRAL AWARD AND DIRECTING ENTRY OF JUDGMENT THEREON** |

**PLEASE TAKE NOTICE** that, upon the accompanying Petition for an Order Confirming an Arbitral Award and Directing Entry of Judgment Thereon (the "Petition"), and the Declaration of Mitchell A. Karlan, both dated March 23, 2016, together with the exhibits annexed thereto, and all other evidence the Court deems appropriate to consider, Petitioner Al Maya Trading Establishment ("Al Maya") will apply to this Court, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court (but in any event no earlier than the deadline for the submission of papers in opposition to the Petition and in further support thereof, pursuant to 9 U.S.C. § 6, Federal Rule of Civil Procedure 6, and S.D.N.Y. Local Rule 6.1), for an order pursuant to Section 207 of the Federal Arbitration Act, 9 U.S.C. § 207, confirming the arbitral award in favor of Al Maya and against Respondent Global Export Marketing Co., Ltd. ("Gemco") rendered on March 4, 2016 by an arbitration panel of the American Arbitration Association/International Centre for Dispute Resolution in the amount of $5,733,023.52, and directing entry of judgment thereon against Gemco, and for such other and further relief as the Court deems just and proper.

Dated:   New York, New York               Respectfully submitted,
         March 23, 2016

                                          /s/ Mitchell A. Karlan
                                          GIBSON, DUNN & CRUTCHER LLP
                                          Mitchell A. Karlan
                                          Akiva Shapiro
                                          200 Park Avenue
                                          New York, New York 10166
                                          T: (212) 351-4000
                                          F: (212) 351-4035
                                          *Attorneys for Petitioner Al Maya Trading Establishment*