USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/25/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL MAYA TRADING EST.,

        Petitioner,

v.

GLOBAL EXPORT MARKETING CO., LTD.,

        Respondent.

No. 16-CV-2140 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On March 23, 2016, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by April 8, 2016. Respondent's opposition, if any, is due on April 29, 2016. Petitioners' reply, if any, is due on May 6, 2016.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondents.

SO ORDERED.

Dated: March 25, 2016
New York, New York

_____
Ronnie Abrams
United States District Judge