UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MAYA TRADING ESTABLISHMENT,<br><br>Petitioner,<br><br>v.<br><br>GLOBAL EXPORT MARKETING CO., LTD.,<br><br>Respondent. | Case No. 16-cv-2140<br><br>**AFFIRMATION OF SERVICE** |

I, Akiva Shapiro, an attorney duly admitted to practice in the State of New York, declare as follows pursuant to 28 U.S.C. § 1746:

1. On March 23, 2016, I emailed the Notice of Petition, Petition, and supporting documents (Dkt. 1-6) to Respondent's counsel, Joseph J. Fleischman, Esq. of Norris, McLaughlin & Marcus, P.A., at jjfleischman@nmmlaw.com. On March 24, 2016, Mr. Fleischman accepted service of the documents by email on behalf of Respondent.

2. On March 28, 2016, counsel for the parties—myself for Petitioner and Mr. Fleischman for Respondent—agreed to accept email service of documents in this matter on behalf of our respective clients going forward.

3. On March 28, 2016, I served a copy of the Court's Order (Dkt. 9) on Respondent by e-mailing it to Mr. Fleischman at jjfleischman@nmmlaw.com.

4. On March 29, 2016, I served a copy of the electronic summons and correctly-filed Rule 7.1 Corporate Disclosure Statement (Dkt. 7-8) on Respondent by emailing them to Mr. Fleischman at jjfleischman@nmmlaw.com.

Dated:  New York, New York            GIBSON, DUNN & CRUTCHER LLP
        March 29, 2016

                                      By: /s/ Akiva Shapiro
                                          Akiva Shapiro
                                          200 Park Avenue
                                          New York, New York 10166
                                          T: (212) 351-4000
                                          F: (212) 351-4035
                                      *Attorneys for Petitioner Al Maya Trading Establishment*