UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AL MAYA TRADING ESTABLISHMENT,
       Plaintiff,

-against-

GLOBAL EXPORT MARKETING CO., LTD.,
       Defendant.

1:16 cv 02140 ( )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Joseph J. Fleischman__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Global Export Marketing Co., Ltd.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __New Jersey__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 26, 2016

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: __Joseph J. Fleischman__

Firm Name: __Norris McLaughlin & Marcus, P.A.__

Address: __721 Route 202-206, Suite 200__

City / State / Zip: __Bridgewater, NJ 08807__

Telephone / Fax: __(908) 722-0700 / (908) 722-0755__

E-Mail: __jjfleischman@nmmlaw.com__