UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MAYA TRADING ESTABLISHMENT,<br><br>                        Petitioner,<br><br>v.<br><br>GLOBAL EXPORT MARKETING CO., LTD.,<br><br>                        Respondent. | Civil Case No.:  1:16-cv-02140<br><br><br>RULE 7.1 STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondent/Cross-Petitioner, Global Export Marketing Co., Ltd. ("GEMCO"), certifies that GEMCO is a privately held company, and that no publicly-traded corporation owns 10 percent or more of any GEMCO stock.

Dated: New York, New York
       April 29, 2016            By:   NORRIS MCLAUGHLIN & MARCUS, P.A.

                                      /s/ Ami Bhatt
                                      Melissa A. Peña
                                      Ami Bhatt
                                      Joseph J. Fleischman*
                                      Saleem Mawji*
                                      875 Third Avenue, 8th Floor
                                      New York, New York 10022
                                      Tel.: (212) 808-0700
                                      Fax: (212) 808-0844
                                      Attorneys for *Respondent*,
                                      Global Export Marketing Co., Ltd.

                                      *Pro Hac Admission Pending*

50313