**MEMO ENDORSED**

# Norris McLaughlin & Marcus, P.A.
ATTORNEYS AT LAW

875 Third Avenue
8th Floor
New York, NY 10022
P: 212-808-0700
F: 212-808-0844

Direct Dial: 917-369-8885
Email: abhatt@nmmlaw.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/17

February 28, 2017

**Via ECF**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      **Re:  Al Maya Trading Est. v. Global Export Marketing Co., Ltd.**
           **Civil Action No. 16-CV-2140 (RA)**

Dear Judge Abrams:

    On behalf of respondent and cross-petitioner Global Export Marketing Co., Ltd. ("GEMCO"), we write in response to the Court's Order dated February 22, 2017 concerning GEMCO's request to file certain exhibits under seal. Due to the passage of time, GEMCO no longer believes such exhibits, namely Exhibits H, L, R, V, and X, need to be maintained under seal or in a redacted form. Thus, GEMCO withdraws its requests to file these exhibits under seal or in redacted form.

    We thank the Court for its consideration of this request.

                              Respectfully submitted,
                              Norris McLaughlin & Marcus, P.A.

                              Ami Bhatt

cc:    All Counsel of Record (via ECF)

> All exhibits previously submitted under seal shall be filed on the public docket no later than March 7, 2017.  SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> February 28, 2017



Bridgewater, NJ • New York, NY • Allentown, PA
www.nmmlaw.com